IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00948-LTB-MEH

QFA ROYALTIES, LLC, and
QIP HOLDER, LLC,

      Plaintiffs,

v.

LIBERTY HOLDING GROUP, INC., a Florida corporation,
JEFFREY GORDDARD, and
BETH GORDDARD,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 24, 2007.**

      Upon notice of settlement, the Joint Motion to Vacate Settlement Conference [filed September 20, 2007; doc #31] is **granted**. The parties shall file with the Court their dismissal papers on or before October 8, 2007.