**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-00948-LTB-MEH

QFA ROYALTIES, LLC, and
QIP HOLDER, LLC,

       Plaintiffs,

v.

LIBERTY HOLDING GROUP, INC., a Florida corporation,
JEFFREY GORDDARD and
BETH CORDDARD,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) (Doc 35 - filed October 8, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   October 17, 2007